811 A.2d 404

SARAH J. MORTARA AND ANGELO J. MORTARA, HER HUSBAND, PLAINTIFFS–APPELLANTS, v. CIGNA PROPERTY & CASUALTY INSURANCE COMPANY AND OHIO CASUALTY INSURANCE COMPANY, DEFENDANTS–RESPONDENTS.

Argued March 26, 2002—Decided April 17, 2002.

*Michael L. Testa,* argued the cause for appellants (*Basile & Testa,* attorneys; *Walter A. Schultz, Jr.,* on the brief).

*Gerard W. Quinn,* argued the cause for respondent Cigna Property & Casualty Insurance Company (*Cooper Perskie April Niedelman Wagenheim & Levenson,* attorneys).

*Salvatore A. Alessi,* argued the cause for respondent Ohio Casualty Insurance Company (*Mr. Alessi,* attorney; *Melville D. Lide,* on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the Per Curiam opinion of the Appellate Division, reported at 356 *N.J.Super.* 1, 811 *A.*2d 458 (2001).

*For affirming*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, and ZAZZALI—6.

*Opposed*—None.